AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

\# 92535-509

United States of America
v.
Patrick John King

*Defendant*

)
)
)   Case: 1:22-mj-00063
)   Assigned To : Meriweather, Robin M.
)   Assign. Date : 3/15/2022
)   Description: Arrest Warrant with Complaint
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Patrick John King                                                                                            ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date:   03/15/2022

2022.03.15
17:38:59 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     Robin M. Meriweather  U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/15/22, and the person was arrested on *(date)* 3/23/22 at *(city and state)* Mt Vernon, WA |
| Date: 3/23/22           *Arresting officer's signature* |
|                         Michael Stults, Special Agent FBI   *Printed name and title* |